STANLEY MOLETTE

VERSUS

24TH JUDICIAL DISTRICT COURT

NO. 24-K-330

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 06, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** STANLEY MOLETTE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOSEPH A. MARINO, III, DIVISION "D", NUMBER 24-1560, 24-3594

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application, relator, Stanley Molette filed a petition for writ of mandamus requesting that this Court order the 24th Judicial District Court to immediately set a hearing on the Motion for Release Without Bail Pending Trial pursuant to La. C.Cr. P. art. 701 he filed on May 30, 2024. Review of the official record shows that in both cases the motions were set for hearing on July 18, 2024 and were ruled upon. Specifically, the July 18, 2024 minute entry in Case #24-3594 indicates that the trial court denied realtor's 701 motion and transferred the matter to Second Parish Court. The July 18, 2024 minute entry in Case #24-1560 indicates that the charges filed against relator were refused in open court and relator was ordered released in that matter. Relator's 701 motion was found moot. Considering that relator's writ application was postmarked July 13, 2024 and that the official record shows that his motions have been subsequently ruled upon on July 18, 2024, relator's request for mandamus relief is moot. Accordingly, this writ application is denied.

Gretna, Louisiana, this 6th day of August, 2024.

**TSM**
**MEJ**
**SUS**

1

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/06/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-K-330**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Joseph A. Marino, III (DISTRICT JUDGE)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Stanley Molette #29663 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054